George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: ghaines@hainesandkrieger.com

# IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK CHICAS, | ) **Case No.:  2:13-cv-00817** |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **DISMISSING ACTION WITH** |
| | ) **PREJUDICE** |
| STUART ALLAN & ASSOCIATES, INC.; | ) |
| and DOES 1-10, inclusive, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

Plaintiff PATRICK CHICAS and Defendant STUART ALLAN & ASSOCIATES, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

…

…

…

…

…

…

…

…

Page **1** of **2**

Dated:         August 7, 2013

By:   /s/ George Haines
      George Haines, Esq.
      Nevada Bar No. 9411
      HAINES & KRIEGER, LLC
      8985 S. Eastern Avenue
      Suite 130
      Henderson, Nevada 89123
      P: (702) 880-5554
      F: (702) 888-1382
      *Attorney for Plaintiff*
      *Patrick Chicas*

By:   /s/ Shannon G. Splaine
      Shannon G. Splaine, Esq.
      Nevada Bar No. 8241
      LINCOLN, GUSTAFSON &
      CERCOS
      3960 Howard Hughes Pkwy
      Suite 200
      Las Vegas, NV 89169-5968
      P: (702) 257-1997
      F: (702) 257-2203
      *Attorney for Defendant*
      *Stuart Allan & Associates*

## ORDER

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE

DATED: __August 8, 2013__