1  George Haines, Esq.
   Nevada Bar No. 9411
2  HAINES & KRIEGER, LLC
   8985 S. Eastern Avenue, Suite 130
3  Henderson, Nevada 89123
   Phone: (702) 880-5554
4  FAX: (702) 385-5518
   Email: ghaines@hainesandkrieger.com
5

6
                    **IN THE UNITED STATES DISCTRICT COURT**
7                        **FOR THE DISTRICT OF NEVADA**

8                                              )   **Case No.:   2:13-cv-00817**
   PATRICK CHICAS,                             )
9                                              )
                                               )
10             Plaintiff,                      )
   v.                                          )   **STIPULATION AND ORDER**
11                                             )   **DISMISSING ACTION WITH**
   STUART ALLAN & ASSOCIATES, INC.;            )   **PREJUDICE**
12 and DOES 1-10, inclusive,                   )
                                               )
13             Defendant.                      )

14                                  **STIPULATION**

15     Plaintiff PATRICK CHICAS and Defendant STUART ALLAN & ASSOCIATES, INC.

16 hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

17 accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees,

18 prejudgment interest, and costs of suit.

19 …

20 …

21 …

22 …

23 …

24 …

25 …

Page **1** of **2**

Dated: August 7, 2013

| | | | |
|---|---|---|---|
| By: | /s/ George Haines<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 130<br>Henderson, Nevada 89123<br>P: (702) 880-5554<br>F: (702) 888-1382<br>*Attorney for Plaintiff*<br>*Patrick Chicas* | By: | /s/ Shannon G. Splaine<br>Shannon G. Splaine, Esq.<br>Nevada Bar No. 8241<br>LINCOLN, GUSTAFSON &<br>CERCOS<br>3960 Howard Hughes Pkwy<br>Suite 200<br>Las Vegas, NV 89169-5968<br>P: (702) 257-1997<br>F: (702) 257-2203<br>*Attorney for Defendant*<br>*Stuart Allan & Associates* |

**<u>ORDER</u>**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_August 8, 2013_____